UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>MITCHELL & MITCHELL ENTERPRISES INC d/b/a THE GREENROOM and TIMOTHY MITCHELL,<br><br>             Defendants. | NO. 3:23-cv-05214-JLR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION** |

The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Leave to File Over-Length Motion. Having considered Plaintiff's motion and finding good cause, the Court GRANTS Plaintiff leave to file a motion for default judgment exceeding 2,100 words by 1,850 words.

IT IS SO ORDERED.

Dated this 8th day of August, 2024.

_____

United States District Court Judge

1
2  Presented by:
3
4   /s/ Brett Harris
    Brett Harris
5   Washington Bar #55680
    Virgo Law
6   119 1st Avenue South
    Seattle, Washington 98104
7   Serv603@LegalBrains.com
    Telephone: 561-232-2222
8   *Attorney for the Plaintiff*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26